UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK

07 CV 3682

| | |
|---|---|
| **Plaintiff** GENESIS OFFICE SYSTEMS, INC.<br><br>-v-<br><br>Gestetner/SAVIN Corporation et al.<br><br>**Defendant** | Case No.<br><br><br>Rule 7.1 Statement<br><br>MAY 09 2007<br>CASHIERS |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for GENESIS OFFICE SYSTEMS, INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held. NONE

Date: 5-9-07

_Angelyn Johnson_  
**Signature of Attorney**

**Attorney Bar Code:**

Form Rule7_1.pdf