**07 CV 3682**

**JUDGE CHIN**

| | | |
|---|---|---|
| GENESIS OFFICE SYSTEMS, INC.<br>3rd Floor — Suite 300<br>1701 Madison Avenue<br>Baltimore, Maryland 21217 | *<br>*<br>*<br>*<br>* | IN THE<br><br>UNITED STATES<br><br>DISTRICT COURT |
| Plaintiff,<br>vs. | *<br>*<br>* | FOR THE |
| GESTETNER/SAVIN CORPORATION<br>Southpointe Industrial Park<br>171 Hillpointe Drive<br>Canonsburg, Pennsylvania 15317 | *<br>*<br>*<br>*<br>* | SOUTHERN DISTRICT<br><br>OF NEW YORK |
| & | * | |
| RICOH CORPORATION<br>Five Dedrick Place<br>West Caldwell, New Jersey 07006 | *<br>*<br>*<br>* | |
| & | * | |
| ADVANCE BUSINESS SYSTEMS<br>10755 York Road<br>Cockeysville, Maryland 21030 | *<br>*<br>*<br>*<br>* | ____ cv _____ (__) |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Ms. Angelyn D. Johnson, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Rickey Nelson Jones |
| Firm Name: | Law Offices of Reverend Rickey Nelson Jones, Esq. |
| Address: | 3rd Floor — Suite 5, 1701 Madison Avenue |
| City/State/Zip: | Baltimore, Maryland 21217 |

Phone Number:    410-462-5800
Fax Number:      301-362-7459

RICKEY NELSON JONES is a member in good standing of the Bar of the State of MARYLAND. He is also a member in good standing with the United States District Court for the District of Maryland and the United States District Court for the District of Columbia.

There are no pending disciplinary proceedings against RICKEY NELSON JONES in any State or Federal court.

Dated:

City, State:

Respectfully submitted,

*Angelyn D. Johnson* (signature)

Angelyn D. Johnson

SDNY Bar:        2151439
Firm Name:       Law Office of Angelyn D. Johnson, Esq.
Address:         26 Court Street, Suite 1812
City/State/Zip   Brooklyn, New York 11242
Phone Number:    718-875-2145
Fax Number:      718-722-7887

CERTIFICATE OF SERVICE

I hereby certify that on this 9 day of MAY, 2007, this Motion to Admit Counsel Pro Hac Vice, and the accompanying Affidavit and Order were mailed to Defendants.

See Above & /s/ Rickey Nelson Jones, Esq.

| | | |
|---|---|---|
| **GENESIS OFFICE SYSTEMS, INC.** | * | IN THE |
| 3rd Floor — Suite 300 | * | |
| 1701 Madison Avenue | * | UNITED STATES |
| Baltimore, Maryland 21217 | * | |
| | * | DISTRICT COURT |
| Plaintiff, | * | |
| vs. | * | FOR THE |
| | * | |
| **GESTETNER/SAVIN CORPORATION** | * | SOUTHERN DISTRICT |
| Southpointe Industrial Park | * | |
| 171 Hillpointe Drive | * | OF NEW YORK |
| Canonsburg, Pennsylvania 15317 | * | |
| | * | |
| & | * | |
| | * | |
| **RICOH CORPORATION** | * | |
| Five Dedrick Place | * | |
| West Caldwell, New Jersey 07006 | * | |
| | * | |
| & | * | |
| | * | |
| **ADVANCE BUSINESS SYSTEMS** | * | |
| 10755 York Road | * | |
| Cockeysville, Maryland 21030 | * | |
| | * | _____ cv _____ ( ___ ) |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF ANGELYN D. JOHNSON IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

Angelyn D. Johnson, being duly sworn, hereby deposes and says as follows:

1. I am counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Rickey Nelson Jones as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1987. I am also admitted to the bar of the United States Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Rickey Nelson Jones since 2006. Furthermore, my good friend of many years and fellow New York Attorney, Ms. Denice Holgate, went to law school with Rickey Nelson Jones in 1985 and knows of his unquestionable integrity. Her attempt to file this affidavit was discouraged by officials at her New York City Employment.

4. Rickey Nelson Jones is the owner of the Law Offices of Reverend Rickey Nelson Jones, Esquire, in Baltimore, Maryland.

5. I have found Rickey Nelson Jones to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure, evidenced by his years of practice as a Civil Rights Attorney in both the State of Maryland and Washington, D.C.

6. Accordingly, I am pleased to move the admission of Rickey Nelson Jones, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Rickey Nelson Jones, pro hac vice, which is attached hereto as Exhibit "A."

WHEREFORE it is respectfully requested that the motion to admit Rickey Nelson Jones, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: 2/26/07

City, State: Brooklyn, NY

Notarized:

*[signature]*
BER... MITCHELL ALTER
Notary Public — State of New York
No. 2AL-519352
Qualified in Nassau County
Commission Expires August 31, 2010

Respectfully submitted,
*[signature]*
Ms. Angelyn D. Johnson
SDNY Bar Code: 2151439

# EXHIBIT "A"

| | | |
|---|---|---|
| GENESIS OFFICE SYSTEMS, INC. | * | IN THE |
| 3rd Floor — Suite 300 | * | |
| 1701 Madison Avenue | * | UNITED STATES |
| Baltimore, Maryland 21217 | * | |
| | * | DISTRICT COURT |
| Plaintiff, | * | |
| vs. | * | FOR THE |
| | * | |
| GESTETNER/SAVIN CORPORATION | * | SOUTHERN DISTRICT |
| Southpointe Industrial Park | * | |
| 171 Hillpointe Drive | * | OF NEW YORK |
| Canonsburg, Pennsylvania 15317 | * | |
| | * | |
| & | * | |
| | * | |
| RICOH CORPORATION | * | |
| Five Dedrick Place | * | |
| West Caldwell, New Jersey 07006 | * | |
| | * | |
| & | * | |
| | * | |
| ADVANCE BUSINESS SYSTEMS | * | |
| 10755 York Road | * | |
| Cockeysville, Maryland 21030 | * | |
| | * | _____ cv _____ (___) |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER FOR ADMISSION PRO HAC VICE
## ON WRITTEN MOTION

Upon the motion of Angelyn D. Johnson, attorney for Genesis Office Systems, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED that**

| | |
|---|---|
| Applicant's Name: | RICKEY NELSON JONES |
| Firm Name: | Law Offices of Reverend Rickey Nelson Jones, Esquire |
| Address: | 3rd Floor — Suite 5, 1701 Madison Avenue |
| City/State/Zip: | Baltimore, Maryland 21217 |
| Telephone/Fax: | 410-462-5800 / 301-362-7459 |
| Email Address: | JONESES003@msn.com |

is admitted to practice pro hac vice as counsel for Genesis Office Systems, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:

City, State:

_____
United States District/Magistrate Judge

# Court of Appeals
# of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

    I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the fifteenth day of December, 1993,

### Rickey Nelson Jones

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

    **In Testimony Whereof,** *I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this fourth day of May, 2007.*

*Alexander L. Cummings*
Clerk of the Court of Appeals of Maryland



# Certificate of Good Standing

## UNITED STATES OF AMERICA

## DISTRICT OF MARYLAND

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland,

DO HEREBY CERTIFY that RICKEY NELSON JONES, ESQUIRE, BAR NUMBER 12088, was duly admitted to practice in the United States District Court for the District of Maryland on MARCH 18, 1994, and is currently in good standing as a member of the bar of this Court.

Dated at Greenbelt, Maryland

                                              FELICIA C. CANNON
                                                     Clerk

Date: MAY 7, 2007

                                              Lisa Rosenthal - Deputy Clerk

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**RICKEY   NELSON   JONES**

was, on the  7th  day of  April  A.D.  1997  admitted to practice as an  Attorney at  Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this  8th   day of  May  A.D. 2007.

NANCY M. MAYER-WHITTINGTON, CLERK

By: _____
Deputy Clerk