


# Law Offices of
# Reverend Rickey Nelson Jones, Esq.

## MEMO ENDORSED

6 July 2007

The Honorable Judge Denny Chin
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/07

RE:   *Genesis Office Systems, Inc. v. Gestetner/Savin Corporation, et al., Case #: 07 CV 3682
       *Need For Postponement Of Pre-Motion Conference

Dear Judge Chin:

*[Handwritten endorsement:]* Adjourned to 8/10/07 at 11 a.m. If the parties prefer, counsel may participate by telephone, but they should advise in advance. [signed] SO ORDERED DJ 7/9/07

A week ago, opposing counsel sent me a fax indicating a pre-motion conference was scheduled for July 9, 2007. I immediately tried to send him a response fax indicating I had not heard from the Judge, which is a commonplace practice in Federal Court in Maryland (usually written notice). Due to some kind of system failure at opposing counsel's office on June 29, 2007, I sent him an e-mail on Monday, July 2, 2007. He responded by telling me his notice to me was normal in New York and I could call your clerk, a Mr. David Tan. I called him immediately. Mr. Tan was out of the office until today.

Mr. Tan returned my telephone call today and indicated there is a scheduled pre-motion conference for Monday, July 9, 2007. Consequently, I am getting confirmation of the conference three days before it.

Since I did not see in the Individual Practices Of Judge Denny Chin that "Opposing counsel will notify each other of conferences.", I needed confirmation from the court for the conference. I am in the middle of extended Mediation in Federal Court in Washington, D.C. The attorneys for the Department of Justice and the Department of the Navy are at a standstill until Monday, July 9, 2007, which is when vacation ends for one of them and the Mediator's Proposal can be considered. The mediation has been occurring for several weeks and seems to finally be concluding. I need to be in town on Monday, July 9, 2007.

---

*1701 Madison Avenue, 3rd Floor–Suite 5, Baltimore, Maryland 21217*
*Main #: 410-462-5800  —  Fax #: 301-362-7459*

    If it pleases the court, I respectfully request a postponement of the pre-motion conference. The week of July 23rd will work best for me (the week of July 16th includes an out-of-state obligation of mine regarding a matter before the Probate Court of Cuyahoga County, Ohio).

    If it pleases the court, because of my need to [1] make travel arrangements, [2] travel to New York, and [3] adjust my schedule accordingly, I respectfully request direct notice from the court for all conferences, hearings, meetings, etc. This will eliminate my need to rely on opposing counsel for notice about court business, something I strongly prefer not to do.

    Thank you for your kind consideration.

                                              Respectfully,

                                              Rev. Rickey Nelson Jones, Esq.

cc:    Mr. Mark L. Weyman, Esq.

P.S.    This letter was faxed (only) on today before 4:30 p.m., with verified transmission.