UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GENESIS OFFICE SYSTEMS, INC.

                    Plaintiff,

- against -

GESTETNER/SAVIN CORPORATION, RICOH CORPORATION AND ADVANCE BUSINESS SYSTEMS

                    Defendants.

Index No. 07 CV 3682 (DC)

---

## NOTICE OF MOTION TO DISMISS THE COMPLAINT

PLEASE TAKE NOTICE that based upon the accompanying Memorandum of Law, the accompanying Affidavit of Mark L. Weyman, sworn to September 7, 2007, and all other pleadings and proceedings herein, the defendants will move this Court before the Honorable Denny Chin at the United States Courthouse, 500 Pearl Street, New York, New York 10007 for an Order pursuant to Fed.R.Civ. P. 12 (b)(6) dismissing the complaint and granting any such further relief as this Court deems just and proper.

Dated: New York, NY
         September 7, 2007

Respectfully submitted,

ANDERSON KILL & OLICK, P.C.

By: _____
Mark L. Weyman (MW6043)
1251 Avenue of the Americas
New York, NY  10020-1182
(212) 278-1000

**Attorneys for Defendants**

NYDOCS1-871770.1

To:     **Attorneys for Plaintiff**

Angelyn D. Johnson
Law Offices of Angelyn D. Johnson, Esq.
26 Court Street, Suite 1812
Brooklyn, New York  11242
(718) 875-2145
*SDNY Bar # 2151439*

Rev. Rickey Nelson Jones
Law Offices of Reverend Rickey Nelson Jones, Esq.
3rd Floor, Suite 5
1701 Madison Avenue
Baltimore, Maryland  21217
(410) 462-5800
*Pro Hac Vice Counsel*