UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GENESIS OFFICE SYSTEMS, INC.

                     Plaintiff,

- against -

GESTETNER/SAVIN CORPORATION, RICOH CORPORATION AND ADVANCE BUSINESS SYSTEMS

                     Defendants.

Index No. 07 CV 3682 (DC)

**RULE 7.1 STATEMENT**

---

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, defendants state as follows:

1. Savin Corporation, sued herein as Gestetner/Savin Corporation, was merged into Ricoh Corporation.

2. The name of defendant Ricoh Corporation has been changed to Ricoh Americas Corporation.

3. The parent of Ricoh Americas Corporation is Ricoh Company, Ltd., which is a publicly traded company in Japan.

4. Advance Business Systems has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: September 7, 2007

                     By: _____
                          Mark L. Weyman (MW6043)
                          ANDERSON KILL & OLICK, P.C.
                          1251 Avenue of the Americas
                          New York, NY 10020
                          Telephone: 212-278-1000

                          *Attorneys for Defendants*

NYDOCS1-871805.1