## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of October, 2007, a copy of the foregoing Defendants' Reply in Support of Their Motion to Dismiss and Opposition to Plaintiff's Cross-Motion for Summary Judgment and the Affidavit of David A. Kochman Pursuant to FRCP 56(f) was served on counsel of record listed below via electronic filing.


          /s/ David A. Kochman
          David A. Kochman

Rev. Rickey Nelson Jones, Esq.
Law Offices of Reverend Rickey Nelson Jones
1701 Madison Ave.
3rd Floor, Suite 5
Baltimore, MD 21217
(410) 462-5800

*Attorney for Plaintiff*

NYDOCS1-862639.2