```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
GENESIS OFFICE SYSTEMS, INC.,

                Plaintiff,

    -against-

GESTETNER/SAVIN CORP., et al.,
                Defendants.
-------------------------------------------------------------X

07 CIVIL 3682 (DC)

**JUDGMENT**

       Defendants having moved to dismiss the complaint in its entirety pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Denny Chin, United States District Judge, and the Court, on February 5, 2008, having rendered its Memorandum Decision granting defendants' motion to dismiss the complaint, dismissing the complaint with prejudice and with costs, but without attorneys' fees, and denying Genesis's cross-motion for summary judgment as moot, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision dated February 5, 2008, defendants' motion to dismiss the complaint is granted; the complaint is dismissed with prejudice and with costs, but without attorneys' fees; and Genesis's cross-motion for summary judgment is denied as moot; accordingly, the case is closed.

**Dated:** New York, New York
          February 5, 2008

                                            **J. MICHAEL McMAHON**
                                                **Clerk of Court**
           **BY:**
                                                  **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____