UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GENESIS OFFICE SYSTEMS, INC.
            Plaintiff,

                                         07CIVIL 3682 ( DC )

    -against-

GESTETNER/SAVIN CORP., RICOH CORP.
and ADVANCED BUSINESS SYSTEMS
            Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Mark L. Weyman__

☑ *Attorney*

    ☑ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        __MW6043__

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☑ *Law Firm/Government Agency Association*

    From: __ANDERSON KILL & OLICK, P.C.__

    To: __REED SMITH LLP__

    ☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☑ *Address:* __599 Lexington Avenue, New York, NY 10022__

☑ *Telephone Number:* __212-521-5400__

☑ *Fax Number:* __212-521-5450__

☑ *E-Mail Address:* __mweyman@reedsmith.com__

Dated: __2/6/08__                      __/s/ Mark L. Weyman__